UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10CR15-RLV

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| v. ) | **ORDER CORRECTING** |
| ) | **CLERICAL ERROR** |
| **ALEXANDER KLOSEK,** ) | |
| **Defendant.** ) | |

Upon the Government's Motion to Correct Clerical Error (Document # 26) and Defendant's consent, and for the reasons set forth in the Motion, it is hereby **ORDERED** that the Judgment in a Criminal Case is amended to identify restitution payees as "CEP/Pinnacle Investors identified in attached list." The Judgment is also amended to include an attachment, under seal, identical to the victim list at docket 19-1. The Clerk is directed to issue an Amended Judgment in conformance with this Order.

Signed: June 30, 2011

Richard L. Voorhees
United States District Judge