IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CASE NO. 1:10CR15 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| ALEXANDER G. KLOSEK | ) | |

## WRIT OF EXECUTION

**TO THE UNITED STATES MARSHAL**
and United Western Trust Company:

A judgment was entered on March 1, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Alexander G. Klosek, whose last known address is XXXXXXX, Memphis, TN 38134, in the sum of $10,516,069.09. The balance on the account as of August 31, 2011 is $9,514,869.62.

**THEREFORE, YOU ARE HEREBY COMMANDED** to levy and/or execute on property and United Western Trust Company is commanded to **turn over property** in which the defendant, Alexander G. Klosek, Social Security Number XXX-XX-9105, as Trustee of Pinnacle Fiduciary & Trust Group has a substantial nonexempt interest, the said property being any and all funds located in United Western Trust Company accounts in the name of Pinnacle Fiduciary & Trust Group by Trustee Alexander G. Klosek, at the following address: United Western Trust Company, 700 17th Street, Ste. 700, Denver, CO 80202.

Signed: September 1, 2011

Richard L. Voorhees
United States District Judge