IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. DNCW1:10CR15 |
| v. | ) (Financial Litigation Unit) |
| | ) |
| ALEXANDER G. KLOSEK. | ) |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and Life Partners Inc., Attn: Agent for Van Rensselaer Trust:

A judgment was entered on March 1, 2011, in the United States District Court for the Western District of North Carolina in favor of the United States of America and against Defendant, Alexander G. Klosek, whose last known address is XXXXXXXXXXXXXXXXXXXX, Memphis, Tennessee 38184, in the sum of $10,516,069.09. The balance on the account as of August 13, 2013 is $9,402,834.46.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Life Partners Inc. is commanded to turn over property in which Defendant, Alexander G. Klosek, Social Security Number XXX-XX-9105, has a substantial non-exempt interest, said property being funds held by Life Partners Inc. in any financial accounts including, but not limited to, the Van Rensselaer Trust Account, Policy Number 21434, located at the following address: Life Partners Inc., 204 Woodhew Drive, Waco, Texas 76712, Attention: Agent for Van Rensselaer Trust.

Signed: August 13, 2013

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge